No. 11-6782. Ebrahim Adkins, Petitioner v. Sam Crow, Judge, United States District Court for the District of Kansas, et al.; Ebrahim Adkins, Petitioner v. John Sanders, Judge, District Court of Kansas, Butler County, et al.; Ebrahim Adkins, Petitioner v. J. Thomas Marten, Judge, United States District Court for the District of Kansas, et al.; and Ebrahim Adkins, Petitioner v. Robert Sapien, et al.

565 U.S. 1042, 132 S. Ct. 592, 181 L. Ed. 2d 435, 2011 U.S. LEXIS 8220.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 432 Fed. Appx. 748 (first and second judgment); 450 Fed. Appx. 699 (third judgment); and 432 Fed. Appx. 751 (fourth judgment).

No. 11-6815. LaDell DeAngelo Brown, Petitioner v. R. Horell, Warden, et al.

565 U.S. 1042, 132 S. Ct. 593, 181 L. Ed. 2d 435, 2011 U.S. LEXIS 8091.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 644 F.3d 969.

No. 11-6819. Jesus Ramos, Petitioner v. United States.

565 U.S. 1042, 132 S. Ct. 593, 181 L. Ed. 2d 435, 2011 U.S. LEXIS 8256.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 433 Fed. Appx. 893.

No. 11-6827. Christopher Antonio Staples, aka Christopher Antonio Ross, Petitioner v. United States.

565 U.S. 1042, 132 S. Ct. 593, 181 L. Ed. 2d 435, 2011 U.S. LEXIS 8218.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 444 Fed. Appx. 706.

No. 11-6831. Michael Baker, Petitioner v. Roger E. Walker, Jr., et al.

565 U.S. 1042, 132 S. Ct. 593, 181 L. Ed. 2d 435, 2011 U.S. LEXIS 8146.

November 14, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

No. 11-6834. John J. DeRoss, Petitioner v. United States.

565 U.S. 1042, 132 S. Ct. 593, 181 L. Ed. 2d 435, 2011 U.S. LEXIS 8127.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 645 F.3d 85.

No. 11-6837. Edgar Camacho Torres, Petitioner v. United States.

565 U.S. 1042, 132 S. Ct. 594, 181 L. Ed. 2d 435, 2011 U.S. LEXIS 8113.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 433 Fed. Appx. 738.